1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile:  (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, VICTOR AGUIRRE
6

7
8                 **UNITED STATES DISTRICT COURT**
9                 **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | VICTOR AGUIRRE,                | Case No.: **2:20-cv-04473-JFW (PVCx)** |
12 |                                | Assigned to Hon. John F. Walter        |
13 |         Plaintiff,             |                                        |
14 |    vs.                         | **JOINT STIPULATION FOR**              |
15 | GOLDEN GROWTH PROPERTY         | **DISMISSAL OF THE ENTIRE**            |
16 | INC.; and DOES 1 to 10,        | **ACTION WITH PREJUDICE**              |
17 |         Defendants.            |                                        |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff VICTOR AGUIRRE ("Plaintiff") and Defendant GOLDEN GROWTH PROPERTY INC. (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: August 21, 2020        SO. CAL. EQUAL ACCESS GROUP

By: */s/        Jason J. Kim*
    Jason J. Kim
    Attorneys for Plaintiff

Dated: August 21, 2020        **COLLINS & KHAN LLP**

By: _____*/s/ Azim Khanmohamed*
    Azim Khanmohamed, Esq.
    Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 21 , 2020        By: */s/ Jason J. Kim*
                                   Jason J. Kim