JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDEN GROWTH PROPERTY INC.,<br><br>        Defendants. | Case No.: 2:20-cv-04473-JFW (PVCx)<br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: August 21, 2020

                                                                _____
                                                                United States District Court Judge